**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HUBER, EDWARD L., JR.                 § Case No. 09-75145
                                             §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $398,321.19                  Assets Exempt: $24,226.19
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,356.94      Claims Discharged
                                                Without Payment: $35,451.85

Total Expenses of Administration: $2,994.40

---

3) Total gross receipts of $ 8,351.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,351.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $473,195.62 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,994.40 | 2,994.40 | 2,994.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,268.10 | 40,782.89 | 40,782.89 | 5,356.94 |
| **TOTAL DISBURSEMENTS** | $514,463.72 | $43,777.29 | $43,777.29 | $8,351.34 |

4) This case was originally filed under Chapter 7 on November 19, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2012          By: /s/JAMES E. STEVENS
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash value life insurance-debtor's possession | 1129-000 | 5,050.09 |
| 2005 Harley Davidson subject to lien of Village | 1129-000 | 3,300.00 |
| Interest Income | 1270-000 | 1.25 |
| **TOTAL GROSS RECEIPTS** | | **$8,351.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Village Bank & Trust | 4110-000 | 2,671.61 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage Corp. Bankruptcy Dept. | 4110-000 | 62,044.44 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 36,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 2,956.08 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 107,790.58 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage Corp. Bankruptcy Dept. | 4110-000 | 260,932.91 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$473,195.62** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,585.13 | 1,585.13 | 1,585.13 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,238.00 | 1,238.00 | 1,238.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.29 | 6.29 | 6.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 14.98 | 14.98 | 14.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,994.40 | $2,994.40 | $2,994.40 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 7100-000 | 687.00 | 631.87 | 631.87 | 83.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,152.80 | 7,076.45 | 7,076.45 | 929.51 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 5,788.49 | 5,743.54 | 5,743.54 | 754.43 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 395.00 | 477.49 | 477.49 | 62.72 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 2,253.39 | 2,247.72 | 2,247.72 | 295.24 |
| 6 | U.S. Bank N.A. | 7100-000 | 7,748.41 | 7,453.37 | 7,453.37 | 979.02 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 17,217.11 | 17,152.45 | 17,152.45 | 2,253.02 |
| NOTFILED | Chase | 7100-000 | 25.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,268.10 | $40,782.89 | $40,782.89 | $5,356.94 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75145  
**Case Name:** HUBER, EDWARD L., JR.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/19/09 (f)  
**§341(a) Meeting Date:** 12/23/09

**Period Ending:** 05/09/12

**Claims Bar Date:** 04/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  342 Pearl Street, Cary, IL, deceased spouse  Orig. Asset Memo: Imported from original petition Doc# 1 | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2  4742 Nara Vista Way, #102, Las Vegas, Erskine  Orig. Asset Memo: Imported from original petition Doc# 1 | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3  2-Checking accounts-Chase Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4  Miscellaneous household goods & furnishings-debt  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5  Miscellaneous books, pictures, recordings & Disn  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6  Necessary wearing apparel-debtor's possession  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  Miscellaneous sports equipment-debtor's possessi  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  Cash value life insurance-debtor's possession  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 5,050.09 | DA | 5,050.09 | FA |
| 9  Monthly pension benefits  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,521.19 | 0.00 | DA | 0.00 | FA |
| 10  14 shares Metropolitan Life Insurance Co. stock  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11  2001 Dodge Ram; 79,000 miles-debtor's possession  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12  1998 Dodge Durango; subject to lien of Wells Far | 4,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75145  
**Case Name:** HUBER, EDWARD L., JR.  

**Period Ending:** 05/09/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/19/09 (f)  
**§341(a) Meeting Date:** 12/23/09  
**Claims Bar Date:** 04/19/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2005 Harley Davidson subject to lien of Village | 9,500.00 | 3,300.00 | DA | 3,300.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| Int | INTEREST  (u) | Unknown | N/A | | 1.25 | FA |
| 14 | **Assets   Totals** (Excluding unknown values) | **$398,321.19** | **$8,350.09** | | **$8,351.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010    **Current Projected Date Of Final Report (TFR):**   February 14, 2012  (Actual)

Printed: 05/09/2012 11:12 AM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-75145 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | HUBER, EDWARD L., JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******26-65 - Checking Account |
| Taxpayer ID #: | **-***0754 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 05/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/23/10 | {13} | Edward L. Huber, Jr. | motorcycle payment | 1129-000 | 200.00 | | 200.00 |
| 07/13/10 | {13} | Edward L. Huber, Jr. | payment on motorcycle per Order | 1129-000 | 200.00 | | 400.00 |
| 07/28/10 | {8} | Protective Life Insurance Company | proceeds life insurance | 1129-000 | 5,050.09 | | 5,450.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 5,450.14 |
| 08/24/10 | {13} | Edward L. Huber Jr. | payment on cycle | 1129-000 | 200.00 | | 5,650.14 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,650.46 |
| 09/14/10 | {13} | Edward L. Huber, Jr. | payment on motorcycle | 1129-000 | 200.00 | | 5,850.46 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,850.50 |
| 10/06/10 | {13} | Edward L. Huber Jr. | payment on motorcycle | 1129-000 | 200.00 | | 6,050.50 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,050.54 |
| 11/04/10 | {13} | EDWARD L. HUBER, JR. | PAYMENT ON MOTORCYCLE | 1129-000 | 200.00 | | 6,250.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,250.58 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,250.63 |
| 01/20/11 | {13} | Edward L. Huber, Jr. | payment on motorcycle December and January | 1129-000 | 400.00 | | 6,650.63 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,650.68 |
| 02/01/11 | {13} | Edward L. Huber, Jr. | payment on motorcycle | 1129-000 | 200.00 | | 6,850.68 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,850.73 |
| 03/03/11 | {13} | Edward L. Huber Jr. | payment on motorcycle | 1129-000 | 200.00 | | 7,050.73 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,050.78 |
| 04/04/11 | {13} | Edward L. Huber Jr. | payment on Harley Davidson | 1129-000 | 200.00 | | 7,250.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,250.83 |
| 05/04/11 | {13} | Edward L. Huber, Jr. | payment on motorcycle | 1129-000 | 200.00 | | 7,450.83 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,450.88 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-75145, Bond #016018067 | 2300-000 | | 6.29 | 7,444.59 |
| 06/01/11 | {13} | Edward L. Huber, Jr. | payment on motorcycle | 1129-000 | 200.00 | | 7,644.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,644.64 |
| 07/05/11 | {13} | Edward L. Huber, Jr. | payment on Harley | 1129-000 | 200.00 | | 7,844.64 |
| 07/28/11 | {13} | Edward L. Huber, Jr. | payment on motorcycle | 1129-000 | 100.00 | | 7,944.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,944.69 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 14.98 | 7,929.71 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,929.77 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,904.77 |
| 09/07/11 | {13} | EDWARD L. HUBER JR. | PAYMENT ON MOTORCYCLE | 1129-000 | 200.00 | | 8,104.77 |
| 09/27/11 | {13} | Edward Huber | payment on motorcycle | 1129-000 | 200.00 | | 8,304.77 |

Subtotals :    $8,351.04    $46.27

{} Asset reference(s)

Printed: 05/09/2012 11:12 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-75145  
**Case Name:** HUBER, EDWARD L., JR.  
**Taxpayer ID #:** **-***0754  
**Period Ending:** 05/09/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-65 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,304.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,279.83 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,279.89 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,254.89 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,254.95 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,229.95 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,230.01 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,205.01 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,205.07 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,180.07 |
| 04/04/12 | 1002 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,238.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,238.00 | 6,942.07 |
| 04/04/12 | 1003 | JAMES E. STEVENS | Dividend paid 100.00% on $1,585.13, Trustee Compensation; Reference: | 2100-000 | | 1,585.13 | 5,356.94 |
| 04/04/12 | 1004 | Dell Financial Services L.L.C. | Dividend paid 13.13% on $631.87; Claim# 1; Filed: $631.87; Reference: | 7100-000 | | 83.00 | 5,273.94 |
| 04/04/12 | 1005 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 13.13% on $7,076.45; Claim# 2; Filed: $7,076.45; Reference: | 7100-000 | | 929.51 | 4,344.43 |
| 04/04/12 | 1006 | Chase Bank USA, N.A. | Dividend paid 13.13% on $5,743.54; Claim# 3; Filed: $5,743.54; Reference: | 7100-000 | | 754.43 | 3,590.00 |
| 04/04/12 | 1007 | PYOD LLC its successors and assigns as assignee of | Dividend paid 13.13% on $477.49; Claim# 4; Filed: $477.49; Reference: | 7100-000 | | 62.72 | 3,527.28 |
| 04/04/12 | 1008 | Chase Bank USA, N.A. | Dividend paid 13.13% on $2,247.72; Claim# 5; Filed: $2,247.72; Reference: | 7100-000 | | 295.24 | 3,232.04 |
| 04/04/12 | 1009 | U.S. Bank N.A. | Dividend paid 13.13% on $7,453.37; Claim# 6; Filed: $7,453.37; Reference: | 7100-000 | | 979.02 | 2,253.02 |
| 04/04/12 | 1010 | Fia Card Services, NA/Bank of America | Dividend paid 13.13% on $17,152.45; Claim# 7; Filed: $17,152.45; Reference: | 7100-000 | | 2,253.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,351.34 | 8,351.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,351.34 | 8,351.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,351.34** | **$8,351.34** | |

{} Asset reference(s)

Printed: 05/09/2012 11:12 AM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-75145 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | HUBER, EDWARD L., JR. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******26-66 - Checking Account |
| **Taxpayer ID #:** | **-***0754 | | **Blanket Bond:** | $372,000.00 (per case limit) |
| **Period Ending:** | 05/09/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******26-65** | 8,351.34 | 8,351.34 | 0.00 |
| **Checking # 9200-******26-66** | 0.00 | 0.00 | 0.00 |
| | $8,351.34 | $8,351.34 | $0.00 |

{} Asset reference(s)    Printed: 05/09/2012 11:12 AM    V.13.02